Olcott *v.* Jenkins. ·

---

JOHN S. OLCOTT v. JAMES JENKINS.

Transactions taking place between the parties, or one of the parties, and the Justice, out of court, if material and proper to be inquired into, must be proved before this court by affidavit.

*W. Pennington* applied for a rule for leave to take affidavits to prove, that shortly previous to the time of rendering judgment by the justice in this cause, he, the justice informed the plaintiff in certiorari, that the trial of the cause would not take place at the time, to which it then stood adjourned, but that a further adjournment would be made, of which he, the plaintiff in certiorari, should have notice, and that he need not attend at the time, to which the cause then stood adjourned.

*W. Halsted* resisted the application and insisted, that the proper course was first to take a rule upon the justice to certify in relation to the matter.

BY THE COURT.   Let the rule applied for, be entered.   If it

Den *v.* Taylor.

was a matter, of which the justice ought to make a record, there ought first to be a rule on the justice, or if it was something done or said by the justice, while sitting in court on the trial of the cause, though not necessary to be entered on his docket, yet it would be respectful first to call on him to certify in regard to the matter. But transactions taking place between the parties, or one of the parties, and the justice out of court, if material and proper to be enquired into, must be proved before this court by affidavit.

Rule granted.